**Statement of Election under**
**Section 6231(a)(1)(B)(ii) of the Internal Revenue Code of 1986, as amended**

ATTACHMENT TO

1999 FORM 1065, U.S. Partnership Return of Income

For HOVENSA L.L.C. (EIN █████████)

In accordance with Temporary Regulations section 301.6231(a)(1)-1T(b)(2), the members of HOVENSA L.L.C. hereby elect under Section 6231(a)(1)(B)(ii) of the Internal Revenue Code of 1986, as amended (the "Code"), to apply the provisions of Subtitle F, Chapter 63, Subchapter C of the Code to HOVENSA L.L.C effective beginning with its first taxable year of doing business, beginning on June 30, 1998 and ending on December 31, 1998, and for all subsequent taxable years.

The following are all of the persons who were partners at any time during the first taxable year of HOVENSA L.L.C. beginning on June 30, 1998 and for the period ending on December 31, 1999.

Hess Oil Virgin Islands Corp. and Subsidiaries
Kingshill, P.O. Box 127
St. Croix, US VI

By: _____[signature]_____                     AUGUST 1, 2000
    Signature                                 Date Signed

Print Name: __L. H. ORNSTEIN__

Print Title: __VICE PRESIDENT__

PDVSA VI Inc.
P.O. Box 756
St. Thomas, US VI

By: _____[signature]_____                     26 MAY, 2000
    Signature                                 Date Signed

Print Name: __JORGE ASTORGA__

Print Title: __MEMBER OF PDVSA VI__